**Chrystal GRAY, Appellant,**

v.

**ARKANSAS DEPARTMENT OF HUMAN SERVICES, An Agency for the State of Arkansas; Selena Ellis, Individually and in her official capacity as Program Manager for the Division of Volunteerism; Sherry Anderson, Individually and in her official capacity as Director of the Division of Volunteerism; John Selig, Appellees.**

No. 07–2177.

United States Court of Appeals, Eighth Circuit.

Submitted: July 25, 2008.

Filed: Aug. 5, 2008.

Chrystal Gray, Little Rock, AR, pro se.

Christopher R. Hart, Little Rock, AR, for Appellees.

Before MURPHY, BYE, and BENTON, Circuit Judges.

1. The Honorable George Howard, Jr., late a United States District Judge for the Eastern

PER CURIAM.

Chrystal Gray appeals the district court's[1] adverse grant of summary judgment on her employment-discrimination and retaliation claims brought under Title VII and 42 U.S.C. §§ 1981, 1983. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Gray, *see Kincaid v. City of Omaha*, 378 F.3d 799, 803–04 (8th Cir.2004) (de novo standard of review), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.